RALPH H. SEGAL, Appellant, v. NATIONAL HAT STORES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

DAVID SCHWARTZ Co., INC., Respondent, v. BRANDER & CURRY, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

GEORGE C. KLINE, Respondent, v. MEYER GOLDSTEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

FRACKVILLE MANUFACTURING Co., INC., Appellant, v. MEYER BARISH, Trading, etc., Respondent.— Judgment and order reversed, with costs, and judgment directed for plaintiff on the authority of Kent Co. v. Silberstein (200 App. Div. 52). Settle order on notice before January first. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

STATE MERCANTILE COMPANY, INC., Respondent, v. MAX R. WILNER and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

GEORGE A. BELING, Respondent, v. NATIONAL ANILINE & CHEMICAL COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

ESSIE GITTENS, Respondent, v. CAROLINE L. WIENER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

HYMAN KANTER, Respondent, v. SAMUEL SHLIANSKY, Appellant, Impleaded with Another.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

HARRY CARO, Appellant, v. LOUIS J. LEFKOWITZ and Another, as Copartners, etc., Respondents.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

HARRY E. BACHMAN, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

CHARLES K. ERVIN, Respondent, v. HELEN R. TUPPER, as Executrix, etc., of FRANK A. TUPPER, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. PETER H. MCARDLE and Others, Respondents, Impleaded with CHARLES R. TEMPLE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PICONY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

MARION C. POSS, Respondent, v. INDEMNITY MUTUAL MARINE ASSURANCE COMPANY, LTD., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.